UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANGEL COLLAZO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION CORPORATION; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 13-00975 MMM (JPRx)<br><br>JUDGMENT |

On February 11, 2013, Jose Angel Collazo commenced this action against the Federal National Mortgage Association ("Fannie Mae") (erroneously sued as Federal National Mortgage Association Corporation) and certain fictitious defendants. On May 28, 2013, the court dismissed the action for lack of subject matter jurisdiction. Consequently,

IT IS ORDERED AND ADJUDGED that the action be, and it hereby is, dismissed without prejudice.

DATED: May 28, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE